IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DREW ROICKI**<br>　　**Plaintiff,**<br><br>vs.<br><br><br>**CHARTER COMMUNICATIONS, INC. f/k/a Time Warner Cable, Inc.; THE CBE GROUP, INC.; STELLAR RECOVERY, INC. and I.C. SYSTEM, INC.**<br><br>　　**Defendants.** | §<br>§<br>§<br>§<br>§　　Civil Action 5:17-cv-00584-OLG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DREW ROICKI'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

　　Plaintiff, Drew Roicki, files this notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to his action against Defendant STELLAR RECOVERY, INC.

1.　　On January 12, 2018, by an Amended Complaint Plaintiff, Drew Roicki, sued Defendant STELLAR RECOVERY, INC.

2.　　Defendant STELLAR RECOVERY, INC. been served with process and has not served an answer or a motion for summary judgment.

3.　　This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4.　　A receiver has not been appointed in this case.

5.　　This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.　　Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

7.　　This dismissal is without prejudice.

1

Respectfully Submitted,

THE CORTEZ LAW FIRM
14436 Old Bandera Road
Helotes, Texas 78023
Telephone No.:  (210) 273-2277
Facsimile  No.:  (210) 579-1218
adam@cortezlawfirm.com

By:     /s/ Adam C. Cortez
       **ADAM C. CORTEZ**
       Attorney in Charge
       State Bar No.: 04844650

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2018, all counsel of record were served via the CM/ECF system for the Western District of Texas.

/s/ Adam C. Cortez
**ADAM C. CORTEZ**