**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DREW ROICKI** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action 5:17-cv-00584-OLG** |
| | § | |
| | § | |
| | § | |
| **CHARTER COMMUNICATIONS,** | § | |
| **INC. f/k/a Time Warner Cable, Inc.;** | § | |
| **THE CBE GROUP, INC.; STELLAR** | § | |
| **RECOVERY, INC. and I.C. SYSTEMS,** | § | |
| **INC.** | § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Drew Roicki ("Plaintiff") and Defendants Charter Communications, Inc., The CBE Group, Inc. and I.C. Systems, Inc., by and through their undersigned counsel, respectfully stipulate to the dismissal of this case in its entirety, with prejudice, and with all parties bearing their own costs, fees, and expenses.

RESPECTFULLY SUBMITTED,

THE CORTEZ LAW FIRM
14436 Old Bandera Road
Helotes, Texas 78023
Telephone No.:  (210) 273-2277
Facsimile  No.:  (210) 579-1218
adam@cortezlawfirm.com

By: /s/ Adam C. Cortez
    **ADAM C. CORTEZ**
    Attorney in Charge
    State Bar No.: 04844650


JOINED BY:

LAW OFFICE OF MARC A. NOTZON, P.C.
    120 Austin Highway, Suite
    102 San Antonio, Texas
    78209 (210) 821-5366
    (210) 821-5334 FAX
    marc@notzonatlaw.com

By:    
MARC A. NOTZON
State Bar No. 15119010
ATTORNEY FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.

**MALONE AKERLY MARTIN PLLC**
/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
NCX Building, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
***COUNSEL FOR DEFENDANTS***
***THE CBE GROUP, INC. AND I.C. SYSTEMS,***
***INC.***

2